AO 91 (Rev. 6/95) Criminal Complaint

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

THOMAS THORNBURG

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-m-3015

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 15, 2008 in Sangamon County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

used a facility of interstate commerce to knowingly attempt to entice a minor to engage in sexual activity for which the defendant could be charged with a criminal offense and knowingly possessed child pornography

in violation of 18 United States Code, Section(s) 2422(b) and 2252A

I further state that I am a(n) Special Agent with ICE and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:    Yes    No

S/A Dennis Dedert

Name of Complainant

s/ Dennis W. Dedert

Signature of Complainant

Sworn to before me and subscribed in my presence,

4/1/08

Date

at Springfield, Illinois

City and State

Byron G. Cudmore
United States Magistrate Judge

Name & Title of Judicial Officer

s/ Byron G. Cudmore

Signature of Judicial Officer

# AFFIDAVIT

I, Dennis W. Dedert, being duly sworn, depose and state:

1. I am a Special Agent (SA), with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Resident Agent in Charge in Springfield, Illinois. I have been employed as a Special Agent for over five years. As part of my daily duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, computer forensics and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256)[1] in all forms of media including computer media. I have also participated in the execution of over 20 search warrants, of which over half involved child exploitation and/or child pornography offenses.

2. This Affidavit is made in support of an application for an arrest warrant for THOMAS THORNBURG (DOB 05/28/55), 1223 West Governor, Apartment 9, Springfield, Illinois 62704.

3. The purpose of this application is to obtain an arrest warrant for THOMAS THORNBURG for violations of 18 U.S.C. §§ 2252 and 2252A, which among other

---

[1] "Child Pornography means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).

things, makes it a crime to possess and distribute child pornography, which has traveled in interstate commerce via the Internet by means of a computer.

4. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and based on my conversations with other law enforcement officers involved in this investigation.

5. As a result of the instant investigation described more fully below, there is probable cause to believe that THOMAS THORNBURG did knowingly possess, receive and distribute child pornography in violations of federal law, 18 U.S.C. §§ 2252 and 2252A.

6. A Search Warrant, obtained through the Sangamon County State's Attorneys Office by Sangamon County Detective Cheryllynn Williams, for the residence of THOMAS THORNBURG at 1223 West Governor Street, Apartment #9, Springfield, Illinois 62704, revealed two computers. One of the computers belonged to Anthony SIMS and was located in his bedroom; SIMS is the roommate of THOMAS THORNBURG. The second computer belonged to THOMAS THORNBURG and was located in THORNBURG's bedroom and SIMS confirmed that the machine belonged to THORNBURG. Initial computer forensics conducted on the machine belonging to THORNBURG revealed archived chat between the user account "ttbbiu@yahoo.com" and "justmeinspfld@yahoo.com." Additional, forensics revealed that the machine contained numerous movies of child pornography.

### Details of Investigation

7. The information set forth below is provided as a broad overview of the investigation conducted to date. It does not include a listing of all investigative

techniques employed or the full and complete results of any of the listed investigative efforts.

8. On February 15, 2008, at approximately 1711 hours, a cooperating witness placed a recorded telephonic call to THORNBURG at phone number 217-220-2276. Gray provided the Yahoo e-mail address "justmeinspfld@yahoo.com," purportedly the email address of a minor male, to THORNBURG so that he could contact the minor directly because the minor was grounded. THORNBURG stated that his email address was "ttbbiu@yahoo.com." The user account "justmeinspfld@yahoo.com" was setup as a twelve-year-old male named Josh from Springfield, Illinois. The account was actually used by Senior Special Agent (SSA) Michael Mitchell posing as a twelve year old minor male.

9. On February 15, 2008 at approximately 1924 hours, THORNBURG sent an email from "ttbbiu@yahoo.com" to "justmeinspfld@yahoo.com." The header of the email said "tristan gave me ur email." The content of the email said "get back with me and maybe we can IM, tt." Between 1924 hours and 2023 hours there were a total of ten emails exchanged between the accounts.

10. On February 15, 2008 at approximately 2027 hours, a chat occurred between "justmeinspfld" and "ttbbiu" that was initiated by THORNBURG. During the chat the screen name "ttbbiu" displayed with the name "Thomas Thornburg". The chat lasted until 2227. During the chat the following statement was made by THORNBURG:

...
Thomas Thornburg (2/15/2008 9:05:07 PM): whats the chance of u and ur brother getting naked with me at the same time for $100
Josh Josh (2/15/2008 9:05:20 PM): just naked
Thomas Thornburg (2/15/2008 9:05:36 PM): and i suck u guys off
Josh Josh (2/15/2008 9:05:44 PM): maybe

...

11. On February 16, 2008, THORNBURG sent the following offline messages to "justmeinspfld":

Thomas Thornburg (2/16/2008 9:29:16 AM): im on IM if u get this
Thomas Thornburg (2/16/2008 6:31:32 PM): ru there
Thomas Thornburg (2/16/2008 6:56:27 PM): ru there
Thomas Thornburg (2/16/2008 7:43:20 PM): ru there
Thomas Thornburg (2/16/2008 10:07:32 PM): hey

12. On February 17, 2008 at approximately 0951 hours, a chat occurred between "ttbbiu@yahoo.com" and "justmeinspfld@yahoo.com." The chat lasted until 1142 hours.

The following are excerpts of the conversation:

...
Thomas Thornburg (2/17/2008 10:16:16 AM): im naked and hard now - what else did u guys do
Josh Josh (2/17/2008 10:16:24 AM): realy
Josh Josh (2/17/2008 10:16:30 AM): r u sit at ur puter naked
Thomas Thornburg (2/17/2008 10:16:36 AM): yes
Josh Josh (2/17/2008 10:16:39 AM): LOL
Josh Josh (2/17/2008 10:16:40 AM): y
Josh Josh (2/17/2008 10:16:59 AM): i dont believ u
Thomas Thornburg (2/17/2008 10:17:03 AM): im horney as hell
Thomas Thornburg (2/17/2008 10:17:43 AM): if u were here u wood see
Josh Josh (2/17/2008 10:18:07 AM): really u r naked
Thomas Thornburg (2/17/2008 10:18:17 AM): yes
...
...
Josh Josh (2/17/2008 10:36:47 AM): brb have to p
Thomas Thornburg (2/17/2008 10:36:59 AM): p in my mouth
Josh Josh (2/17/2008 10:40:54 AM): what
Josh Josh (2/17/2008 10:40:59 AM): r u serius
Thomas Thornburg (2/17/2008 10:41:13 AM): i luv p
Josh Josh (2/17/2008 10:42:07 AM): u want me 2 p in ur mouth
Thomas Thornburg (2/17/2008 10:42:23 AM): did ur bro suck any one
Thomas Thornburg (2/17/2008 10:42:33 AM): yes i do
...
...
Thomas Thornburg (2/17/2008 11:03:47 AM): when we do it = alone or w/ someone

Josh Josh (2/17/2008 11:04:15 AM): i dont know depends
Josh Josh (2/17/2008 11:04:27 AM): do u mean do it with someon 2
Josh Josh (2/17/2008 11:04:48 AM): or r u sayn is someone comin with me
Thomas Thornburg (2/17/2008 11:05:42 AM): its up to u - which way wood u feel best
Josh Josh (2/17/2008 11:05:47 AM): if u want me to be there alone i want to know what i have to do
Josh Josh (2/17/2008 11:06:23 AM): i dont want 2 get ther an u do somethn crazy lik p in my mouth
Thomas Thornburg (2/17/2008 11:07:10 AM): u will never do what u dont want i promise
Josh Josh (2/17/2008 11:07:57 AM): well how about w meet somewhere first then we go to ur house
Josh Josh (2/17/2008 11:08:57 AM): that way when we meet u tell me what u want me to do then we can go 2 ur hous and do it
Thomas Thornburg (2/17/2008 11:09:19 AM): thats what we will do
Josh Josh (2/17/2008 11:09:27 AM): ok
…
…
Josh Josh (2/17/2008 11:28:39 AM): i should go before mom gets hom
Thomas Thornburg (2/17/2008 11:29:13 AM): i will b walking past duboid at noon today
Thomas Thornburg (2/17/2008 11:29:22 AM): dubois
Josh Josh (2/17/2008 11:29:28 AM): really
Thomas Thornburg (2/17/2008 11:29:56 AM): yea going to a frends to watch the car race
Josh Josh (2/17/2008 11:31:48 AM): y did u say that
Thomas Thornburg (2/17/2008 11:32:22 AM): if u could get out we could at least meet
Josh Josh (2/17/2008 11:32:44 AM): maybe
Thomas Thornburg (2/17/2008 11:33:32 AM): i will b wearing a red/white hat and dark blue coat
Josh Josh (2/17/2008 11:34:35 AM): what time
Thomas Thornburg (2/17/2008 11:34:43 AM): noon
Josh Josh (2/17/2008 11:35:15 AM): mom is goin to be home
Josh Josh (2/17/2008 11:35:22 AM): then i have to get out of house
Josh Josh (2/17/2008 11:36:32 AM): i can be ther by 1230
Josh Josh (2/17/2008 11:36:54 AM): maybe early
Thomas Thornburg (2/17/2008 11:37:01 AM): i can wait till then
Thomas Thornburg (2/17/2008 11:38:08 AM): dont do anything to get in trouble
Josh Josh (2/17/2008 11:39:35 AM): ok
Josh Josh (2/17/2008 11:40:09 AM): im wearing a gray hood sweat shirt and blue jeans
Josh Josh (2/17/2008 11:40:23 AM): i have to go before mom gets home
Josh Josh (2/17/2008 11:40:34 AM): then i will tell her im goin to friends
Thomas Thornburg (2/17/2008 11:40:41 AM): ok
Josh Josh (2/17/2008 11:40:49 AM): where do u want to meet
Josh Josh (2/17/2008 11:41:01 AM): the back or front
Thomas Thornburg (2/17/2008 11:41:49 AM): i be walking on sidewalk by shg across from dubois
Josh Josh (2/17/2008 11:42:13 AM): ok

Josh Josh (2/17/2008 11:42:21 AM): bye
Thomas Thornburg (2/17/2008 11:42:28 AM): i will walk slow and if u see me just come up and walk with me
Josh Josh (2/17/2008 11:42:42 AM): ok
Thomas Thornburg (2/17/2008 11:42:54 AM): later

13.     On February 17, 2008 at approximately 1217 hours, SSA Dedert observed THORNBURG leave his apartment complex and walking West on Governor. SSA Mitchell observed THORNBURG then walk down a side street, Park Avenue, toward Monroe. THORNBURG was acting overly observant. SSA Mitchell lost sight of THORNBURG. SSA Dedert then observed THORNBURG come from the alley behind his residence, doubling back. THORNBURG was observed walking slowly north bound on Lincoln until he came to a stop in the middle of the sidewalk in front of Sacred Heart Griffin (SHG) School directly across from Dubois Elementary. THORNBURG stopped on the sidewalk and was standing in the rain when SSA Mitchell and SSA Dedert approached him and asked him what he was doing there. THORNBURG stated he was just heading to Firebirds' Tavern on Amos and Jefferson.

14.     On February 17, 2008 at approximately 1548 hours, your affiant along with, FBI, SCSO, and SPD executed an Illinois (IL) State Search Warrant at the residence of THORNBURG located at 1223 West Governor Street. Apartment #9, Springfield, Illinois 62704. The residence consisted of one living room, one kitchen, one bathroom, and two bedrooms. During the search of one of the bedrooms it was discovered a male named Anthony SIMS was also an occupant of the apartment. At the residence two computers were found. The network connection for both computers was in THORNBURG's bedroom. During the search of the apartment, Sims returned to the residence. SIMS agreed to be questioned and provided his date of birth of November 4,

1983. SIMS identified THORNBURGS bedroom and computer. The following items were seized from THORNBURG's bedroom: one Sony computer (serial number 284709343007659), eight compact disks, one Samsung phone charger, and one dark in color suitcase (containing 21 VHS tapes, miscellaneous documents, and pornographic magazines).

15. On March 5, 2008, Yahoo Incorporated located in Sunnyvale, California returned an ICE Summons that revealed email address "ttbbiu@yahoo.com" was registered to THORNBURG. The account was created on November 6, 2000. The return summons showed THORNBURG'S Yahoo account was register to IP Address 74.136.10.207. Yahoo is a facility of interstate commerce.

16. On March 12, 2008, Insight Communications located in Louisville, Kentucky returned an ICE Summons that revealed IP Address 74.136.10.207 belonging to account number 46029-14, Anthony SIMS at 1223 West Governor Street, Apartment #9, Springfield Illinois 62704. The account was activated October 4, 2007 and on February 20, 2008 the lease expired.

17. During the initial forensic exam conducted by SSA Mitchell, there was a total of one hundred and sixty-four movies identified containing child pornography. The following are a sample of the movies that were identified:

1)
Name      bibcam 11yo Albert + Toys.avi
Last Accessed 02/17/08 08:32:05AM
File Created   03/06/06 08:19:15PM
Last Written   03/18/06 03:16:38AM
Hash Value   f0cb1002213f1ea5a4d5451b19d310d9
Full Path     D\Documents and Settings\TT\Shared\bibcam 11yo Albert + Toys.avi

The following movie contained an 8-10 year old male sitting in front of a computer with a web cam recording. The boy begins the movie fully clothed and proceeds to remove his clothing. During the movie the boy becomes erect and masturbates for the camera. The boy also kneels on the desk and places his buttock near the lens of the web cam and proceeds to spread his buttock and insert a double A battery into his rectum. The boy also moves to a bed where he also inserts what appears to be a thin flashlight into his rectum. The movie is forty minutes and fifty-five seconds in length.

2)
Name   bibcam - 11 - hottie51 NEW.avi
Last Accessed 02/17/08 08:32:01AM
File Created    04/16/06 07:44:34PM
Last Written   05/03/06 10:01:01AM
Hash Value    a5db7fdf99b20e07564abaf88a471951
Full Path       D\Documents and Settings\TT\Shared\bibcam - 11 - hottie51 NEW.avi

The following movie contained a 10-12 year old male sitting in front of a computer with a web cam recording. The boy begins the movie fully clothed and proceeds to remove his clothing. During the movie the boy becomes erect and masturbates for the camera. The movie is fourteen minutes and twenty-two seconds in length.

3)
Name   Young Boys -  Cute Adorable Little 10yo Preteen Boys Snuggle & Kiss Naked Nude Pedo Young Child Sex Kdv Rbv Pjk.mpg
Last Accessed 02/17/08 08:32:15AM
File Created    12/30/07 10:34:56AM
Last Written   12/30/07 02:39:05PM
Hash Value    95ed12c5e63dd6388d76736d7715e1f1
Full Path       D\Documents and Settings\TT\Shared\Young Boys -  Cute Adorable Little 10yo Preteen Boys Snuggle & Kiss Naked Nude Pedo Young Child Sex Kdv Rbv Pjk.mpg

The following movie contained two boys 6-8 years old. The boys are lying on a bed and they are naked. One of the boys begins to perform oral sex on the other boy. The movie is thirty-five seconds in length.

I know from my experience and that of other agents that one or more of the movies are known by law enforcement to be known images of actual minors that have traveled in intersate commerce through the Internet.

### Conclusion

17. Based on the above information, there is probable cause to believe that 18 U.S.C. §§ 2252 and 2252A, which, among other things, makes it a federal crime for any person to knowingly possess and/or receive child pornography, have been violated, and that THOMAS THORNBURG ( DOB 05/28/1955), 1223 West Governor Street, Apartment #9, Springfield, Illinois 62704, did knowingly possess, receive and distribute child pornography over the Internet.

18. Based upon the foregoing, this Affiant respectfully requests that this Court issue an arrest warrant for THOMAS THORNBURG (DOB 05/28/1955), 1223 West Governor Street, Apartment #9, Springfield, Illinois 62704.

s/ Dennis W. Dedert

Dennis W. Dedert, Special Agent
Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of Investigations

Subscribed and sworn before me this 1st of April 2008.

s/ Byron G. Cudmore

Byron G. Cudmore

BYRON CUDMORE
UNITED STATES
MAGISTRATE JUDGE

United States Magistrate Judge
Central District of Illinois