E-FILED
Friday, 04 April, 2008 03:04:07 PM
Clerk, U.S. District Court, ILCD

SEALED

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

APR - 3 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

THOMAS THORNBURG

**WARRANT FOR ARREST**

Case Number: 08-m-3015

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest | Thomas Thornburg
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [ ] Indictment
- [ ] Information
- [x] Complaint
- [ ] Order of court
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

charging him or her with   (brief description of offense)

used a facility of interstate commerce to knowingly attempt to entice a minor to engage in sexual activity for which the defendant could have been charged with a criminal offense and knowingly possessed child pornography

in violation of Title __18__ United States Code, Section(s) __2422(b) and 2252A__

s/ Byron G. Cudmore

Byron G. Cudmore
Name of Issuing Officer

Signature of Issuing Officer
4/1/08          Springfield, Illinois

United States Magistrate Judge
Title of Issuing Officer    (No BOND SET)

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

_Springfield_

| DATE RECEIVED 04/02/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/01/08 | Dennis Dodert | _signature_ |