

E-FILED
Thursday, 17 April 2008, 11:53:50 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 08-30025 |
| ) | Violations: Title 18, United |
| v. ) | States Code, Sections 2422(b) |
| ) | and 2252(A)(a)(5)(B). |
| THOMAS W. THORNBURG, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

In or about February 2008, in the Central District of Illinois, and elsewhere, the defendant,

**THOMAS W. THORNBURG,**

used a facility and means of interstate commerce, including Internet communications, a means of interstate commerce, to knowingly attempt to persuade, induce, entice, and coerce a minor who had not attained the age of 18 to engage in sexual activity for which the defendant could have been charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

In or about February 2008, in the Central District of Illinois, the defendant,

**THOMAS W. THORNBURG,**

did knowingly possess material containing a visual depiction of a minor engaged in sexually explicit conduct that had been transported in interstate commerce, by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(A)(a)(5)(B).

A TRUE BILL.
s/ Foreperson

FOREPERSON

s/ John H. Campbell

RODGER A. HEATON
UNITED STATES ATTORNEY
TB

2