E-FILED
Monday, 12 May, 2008   04:07:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-30025 |
| | ) | Hon. Jeanne E. Scott |
| v. | ) | United States District Judge, |
| | ) | Presiding |
| THOMAS W. THORNBURG, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FIRST MOTION TO CONTINUE**

NOW COMES the Defendant, THOMAS W. THORNBURG, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to continue the final pre-trial and trial settings in this cause for a period of not less than 60 days. In support thereof, the Defendant states as follows:

1.      This case is set for a final pre-trial conference on Thursday, May 29, 2008, 1:00 a.m., and for jury trial on Tuesday, June 3, 2008, at 9:00 a.m.

2.      The Defendant presently is incarcerated at the Menard County Jail in Petersburg, Illinois.

3.      Defense counsel, on May 9, 2008, received two-hundred and twenty-three (223) pages of discovery materials from the government.  In addition, undersigned counsel expects to received a compact disk containing several electronically recorded telephone conversations in which the Defendant,

1

purportedly, is a participant.

4. Undersigned counsel requires additional time to review the discovery tendered thus far in addition to any additional forthcoming discovery.

5. Undersigned counsel requires additional time to review the discovery materials with the Defendant and to discuss with the Defendant his options as they relate to this prosecution.

6. The foregoing reasons necessitate a continuance of the final pretrial conference and jury trial settings.

7. The United States of America by Assistant United States Attorney Timothy A. Bass has no objection to this requested continuance.

8. This Motion is not made for the purpose of delay. Rather, this Motion is made in the interests of justice for the reasons set forth herein.

WHEREFORE, the defendant, THOMAS W. THORNBURG, prays this Honorable Court to continue the scheduled final pre-trial and jury trial settings in this cause for a period of not less than 60 days.

Respectfully submitted,

THOMAS W. THORNBURG, Defendant,

By: s/ Robert J. Scherschligt
Robert J. Scherschligt
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org

## PROOF OF SERVICE

      I hereby certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Timothy A. Bass
Assistant United States Attorney
Office of the United States Attorney
318 S. Sixth Street
Springfield, Illinois 62701

                                      By:  s/ Robert J. Scherschligt
                                          Robert J. Scherschligt
                                          Assistant Federal Defender
                                          600 East Adams Street, 2nd Floor
                                          Springfield, Illinois  62701
                                          Telephone: (217) 492-5070
                                          Fax: (217) 492-5077
                                          E-mail: robert_scherschligt@fd.org