E-FILED
Friday, 06 June, 2008  05:47:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-30025 |
| | ) | Hon. Jeanne E. Scott |
| v. | ) | United States District Judge, |
| | ) | Presiding |
| THOMAS W. THORNBURG, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO VACATE FINAL PRETRIAL CONFERENCE
## AND SCHEDULE FOR CHANGE OF PLEA HEARING

NOW COMES the Defendant, THOMAS W. THORNBURG, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to vacate the final pre-trial conference, and schedule this cause for a change of plea hearing at the next available opportunity. In support thereof, the Defendant states as follows:

   1.   This cause is scheduled for a final pre-trial conference on Monday, September 8, 2008, at 11:30 a.m., and for jury trial on Tuesday, September 9, 2008, at 9:00 a.m.

   2.   The Defendant presently is incarcerated at the Menard County Jail.

   3.   Undersigned counsel met with the Defendant this afternoon at the Menard County Jail, at which time the Defendant instructed undersigned counsel to schedule this cause for a change of plea hearing.

  4. The Defendant has had an opportunity to review the discovery materials tendered by the Government, and has reviewed the applicable statutes and sentencing guidelines with counsel as they relate to the offenses charged by Indictment.

  5. The Defendant consents to United States Magistrate Judge jurisdiction for the change of plea hearing.

  6. The United States of America by Assistant United States Attorney Timothy A. Bass has no objection to setting this cause for a change of plea hearing before the United States Magistrate Judge.

  WHEREFORE, the Defendant, THOMAS W. THORNBURG, prays this Honorable Court to schedule this cause for a change of plea hearing at the next available date.

        Respectfully submitted,

        THOMAS W. THORNBURG, Defendant,

      By: s/ Robert J. Scherschligt
        Robert J. Scherschligt
        Assistant Federal Defender
        600 East Adams Street, 2nd Floor
        Springfield, Illinois  62701
        Telephone: (217) 492-5070
        Fax: (217) 492-5077
        E-mail: robert_scherschligt@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Timothy A. Bass
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, Illinois 62701

                              By:  s/ Robert J. Scherschligt
                                  Robert J. Scherschligt
                                  Assistant Federal Defender
                                  600 East Adams Street, 2nd Floor
                                  Springfield, Illinois 62701
                                  Telephone: (217) 492-5070
                                  Fax: (217) 492-5077
                                  E-mail: robert_scherschligt@fd.org